IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD SHORT, | : | |
| Plaintiff, | : | Case No. 3:05CV001 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JAVITCH BLOCK & RATHBONE, LLP., et al. | : | |
| | : | |
| Defendants. | | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MAY 20, 2005 (Doc. #8); DISMISSING PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 41(b) DUE TO FAILURE TO PROSECUTE; DENYING DEFENDANTS' MOTIONS TO DISMISS (Doc. #2, #7) AS MOOT; AND TERMINATING CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 20, 2005 (Doc. #8) is ADOPTED;

2. Plaintiff Richard Short's Complaint be DISMISSED under Fed. R. Civ. P. 41(b) due to his failure to prosecute.

3. Defendants' Motions to Dismiss (Doc. #2, #7) are DENIED as moot; and

4. This case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge